**APPENDIX**

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? | | |
|---|---|---|
| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
| Internal communication | Spanish prosecutors found a telex communication between Jeppesen and its agent in Mallorca, Spain (Mallorcair) in the course of a criminal investigation into the use of the Mallorca airport by the CIA as a "staging post" for rendition flights. In the telex, Jeppesen requests Mallorcair to provide ground handling services and pay airport fees for a Boeing business jet registered as N313P from Jan. 25, 2004-Jan. 27, 2004. | Smith decl., ER 25:14-23; Exh. D (ER 79 - text of telex is unclear in copy); Watt decl., ER 299:22-300:9 |
| Internal communication | Mallorcair, in a statement to Spanish police, confirmed the receipt of instructions from Jeppesen. | Smith decl., ER 25:24-25 - 26:1-3; Exh. E (ER 81-84) |

1

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED)** | | |
| Public information | Council of Europe identified Jeppesen as entity responsible for filing specific flight plans because of unique code - KSFOXLDI - assigned to Jeppesen in the Aeronautical Fixed Telecommunication Network (AFTN). Every flight plan submitted by Jeppesen to air traffic control authorities notes this code as the "originator code." Attached is a copy of the Eurocontrol, Integrated Initial Flight Plan Processing System, IFPS Users manual, which notes, "The AFTN address KSFOXLDI is a collective address for Jeppesen flight planning services in San Francisco. A complete copy of the manual is at: http://www.cmfu.eurocontrol.int/cfmu/gallery/content/public/userdocs/docs/IFPS_Users_Manual_12_0_external.pdf | Watt decl., ER 297:20-298:10; Exh. FF |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED)** | | |
| Public information | Politiken, the leading Danish newspaper, reported that the Gulfstream jet registered as N379P crossed Danish airspace before collecting Mr. Bashmilah from Amman, Jordan and transferring him to Kabul, Afghanistan. | Satterthwaite decl., ER 247:3-9 |
| Public information | The Council of Europe 2007 report documented the role of Jeppesen in providing flight planning and logistical support to aircraft and flight crews used in rendition program, identified Jeppesen as "the aviation services provider customarily used by the CIA," and noted that Jeppesen filed "multiple 'dummy' flight plans for many of these flights." | Watt decl., Er 297:11-18; Exh. S(b) |
| Public information | The Council of Europe and European Parliament linked two aircraft (Gulfstream 5 Jet N379P, and Boeing 737 N313P ) to rendition of Plaintiffs. | Watt decl., ER 295:11-18; Exh. S(a) |

3

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED) | | |
| Public information | *The Broken Promise*, Part I, Kalla Fakta (May 17, 2004) (Swedish TV, English transcript available online) (discussing role of aircraft N379P owned by Premier Executive Transportation in rendition of Plaintiff Agiza from Sweden to Egypt in December 2001); http://www.hrw.org/english/docs/2004/05/17/sweden8620.htm | Watt decl., ER 295:24-296:3. |
| Public information | Bob Egelko, *Firm Reportedly Filed Bogus CIA Flight Plans*, S.F. Chron., June 13, 2007 (discussing Council of Europe report and Jeppesen's role in the rendition program). | Watt decl., ER 299:16-21 |

4

*APPENDIX*

*Mohammed v. Jeppesen,* 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS?** | | |
| Public information | Jane Mayer, *Outsourcing: the CIA's Travel Agent,* The New Yorker (Oct. 30, 2006), available at http://www.newyorker.com/archive/2006/10/30/061030ta_talk_mayer (describing the role of Jeppesen in planning the CIA's extraordinary rendition flights, and quoting former Jeppesen employee's recounting of a corporate meeting at which Jeppesen's managing director, as well as another executive, told the employee that Jeppesen handled the rendition flights). | Watt decl., ER 299:1-8 |
| Public information | Claudio Gatti, *Boeing Unit to Face Suit in CIA Seizures,* Int'l Herald Tribune, May 29, 2007, at 3, available at http://www.iht.com/articles/2007/05/29/news/rendition.php (noting that an independent investigation by an Italian newspaper *Il Sole 24 Ore* "independently found evidence that two of the three plaintiffs in the ACLU lawsuit . . . were transported . . . with the logistical support from Jeppesen"). | Watt decl., Er 299:9-15 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED) | | |
| Public information | Stephen Grey, *Ghost Plane: The True Story of the CIA Torture Program* (2006) (identifies involvement of specific aircraft, including N379P and N313P in rendition of specific individuals, including plaintiffs). | Watt decl., ER 297:5-11. |
| Flight records | Flight records show on May 23, 2002, a Gulfstream V aircraft registered as N379P left Washington D.C. and flew to Frankfurt, then to Dubai (UAE), Islamabad (Pakistan), Rabat (Morocco), Porto (Portugal), and then back to Washington D.C. The originator code on the flight plans is KSFOXLDI, a code specific to Jeppesen Dataplan. | Britel decl., ER 94:20-95:7; Exh. A (ER 100) and B (ER101-02) |

6

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED)** | | |
| Flight records | Invoice numbered 19122416 from Luftfartsverket Division Stockholm to Jeppesen Dataplan, and related record from the Swedish Civil Aviation Administration (SCAA) notes that on Dec. 18, 2001, Jeppesen paid for the following fees for a Gulfstream V aircraft (registration number N379P): noise, landing, terminal navigation, emission, passenger and security. SCAA also notes that the aircraft landed at Bromma airport, Sweden, at 19:54 on Dec. 18, 2001, and departed for Cairo the same day at 20:49. A total of nine passengers were on board the aircraft. | Watt decl. ER 300:16-25; Exh. GG |
| Flight records | Originator code for Plaintiff Agiza's, entity responsible for filing the flight plan, is KSFOXLDI, a code unique to Jeppesen Dataplan. Same code for renditions of Britel, Bashmilah, and Al-Rawi (see their respective declarations). | Watt decl., ER 301:1-11 |

7

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| | **DID JEPPESEN PROVIDE FLIGHT & LOGISTICAL SUPPORT FOR RENDITION FLIGHTS? (CONTINUED)** | |
| Flight records | Flight records show that on Dec. 8, 2002, a Gulfstream V aircraft, registered with the FAA as N379P, flew from Banjul (Gambia), to Cairo (Egypt), to Kabul (Afghanistan). The originator code on the flight plans is KSFOXLDI, a code specific to Jeppesen Dataplan. | Al-Rawi decl., ER 119:5-18; Exh. F (ER 219-22) and G (Er 224-26 |
| Flight records | Flight records obtained by the European Parliament and Council of Europe confirm CIA involvement in Mr. Agiza's rendition. Both institutions separately identify that a Gulfstream aircraft with the registration number N379P was involved in his transportation to Egypt, and that this aircraft was owned and operated by agents of the CIA. | Wigenmark decl., ER 499:7-15 |

8

*APPENDIX*

*Mohammed v. Jeppesen,* 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? | | |
| Internal knowledge within Jeppesen | Bob Overby, director of Jeppesen International Trip Planning Service, gave an informational talk at the Jeppesen San Jose office at a "Breakfast Club" meeting for new employees. Overby said, in describing Jeppesen's operations: "We do all the extraordinary rendition flights." He clarified by stating that these were "the torture flights," specifically using the words "torture flights." He also added "let's face it, some of these flights end up this way." | Belcher declaration, ER 19:8-25 |
| Internal knowledge within Jeppesen | A flight plan supervisor for Jeppesen and Belcher's instructor for a training class on the use of Jeppesen's trip planning software, said "We do spook flights." Belcher specifically asked whether the instructor said "spoof" flights or "spook" flights, and he replied, "spook flights." | Belcher decl., ER 20:4-10 |

9

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about private companies/Jeppesen's involvement in renditions | Council of Europe Inquiry into rendition program: includes database of aircraft involved in the program and their movements. This was based on publicly available information (flight plans, etc.) between 2001 to 2005 obtained from Eurocontrol (inter-governmental agency responsible for air traffic control in Europe) and flight data from U.S. aviation authorities. The Council identified a Gulfstream 5 Jet aircraft registered with the FAA as N379P, and a Boeing 737 registered as N313P, as two of the aircraft involved in the rendition program. Photos of the two aircraft are publicly available, along with their FAA registration details. | Watt decl., ER 294:4-26; Exh. S(a) |

10

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about private companies/Jeppesen's involvement in renditions | Stephen Grey, *America's Gulag*, New Statesmen (May 17, 2004) (reporting on the CIA's use of private aircraft; a worldwide network of detention facilities and their cooperation with foreign intelligence agencies in the rendition program). | Watt decl., ER 290:15-19 |
| Public information about private companies/Jeppesen's involvement in renditions | European Parliament inquiry onto rendition program in Europe. Temporary Committee Working Document on companies linked to the CIA, aircraft used by the CIA, and the European Countries in which CIA aircraft have made stopovers (Nov. 16, 2006). Available at: http://www.europarl.europa.eu/comparl/tempcom/tdip/working_docs/pe380984_en.pdf. | Watt decl., ER 295:1-10. |

11

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about private companies/Jeppesen's involvement in renditions | Dana Priest, *Jet is an Open Secret in Terror War*, Wash. *Post*, Dec. 27, 2004, at A1, available at http://www.washingtonpost.com/wp-dyn/articles/A27826-2004Dec26.html (discussing generally use of CIA "front companies" in rendition program). | Watt decl., ER 296:4-8. |
| Public information about private companies/Jeppesen's involvement in renditions | Scott Shane, Stephen Grey, and Margot Williams, *CIA Expanding Terror Battle Under Guise of Charter Flights*, N.Y. Times, May 31, 2005, at A1, available at http://www.nytimes.com/2005/05/31/national/31planes.html (discussing history and current role of private charter air companies in the rendition program). | Watt decl., ER 296:9-13. |

12

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about private companies/Jeppesen's involvement in renditions | A.C. Thompson and Trevor Paglen, *The CIA's Torture Taxi*, S.F. Bay Guardian, Dec. 14-20, 2005, Vol. 40, No. 11, available at http://www.sfbg.com/40/11/cover_plane.html (describing the institutional structure of alleged CIA front airlines including one company's ownership of aircraft registered N44765, based upon examination of publicly available company registration documents and annual returns); see also Trevor Paglen & A.C. Thompson, *Torture Taxi: On the Trail of the CIA's Rendition Flights* (2006) (book). | Watt decl., ER 296:14-22. |

13

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about private companies/Jeppesen's involvement in renditions | Amnesty International, *Below the Radar: Secret Flights to Torture and Disappearance* (Apr. 5, 2006) (describing rendition program and its support network of aircraft and airports and documenting over 1000 flights linked to renditions based on several sources including FAA flight records, European flight records, actual flight logs, aircraft movements recorded by airport authorities, and airport records from parliamentary and criminal investigations). | Watt decl., ER 296:23-297:4; Satterthwaite decl., ER 243:24-244:9. |
| Public information about private companies/Jeppesen's involvement in renditions | Stephen Grey, *Ghost Plane: The True Story of the CIA Torture Program* (2006) (references flight logs, interviews with high level U.S. and European officials, eye-witness testimony tracing history of the CIA rendition program from its roots to its current form; identifies involvement of specific aircraft, including N379P and N313P in rendition of specific individuals, including plaintiffs). | Watt decl., ER 297:5-11. |

14

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about private companies/Jeppesen's involvement in renditions | Armen Keteylan & Phil Hirschkorn, *Muslim Says He Was Abducted by U.S.*, CBS News (Nov. 28, 2006), available at http://www.cbsnews.com/stories/2006/11/28/cbsnews_inv estigates/printable2213638.shtml (discussing Spanish documents unearthed by journalist Stephen Grey that link Jeppesen to rendition flights). | Watt decl., ER 300:4-9. |
| Public information about the rendition and torture of these particular plaintiffs | Amnesty International conducted several missions to Yemen in 2005/2006 in part to investigate the rendition and secret detention of Mr. Bashmilah. The missions resulted in a series of reports on the CIA rendition program, including *USA/Jordan/Yemen: Torture and Secret Detention: Testimony of the "Disappeared" in the "War on Terror"* (Aug. 4, 2005), available at http://web.amnesty.org/libary/index/engamr511082005. | Satterthwaite decl., ER 241:26-242:7. |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about private companies/Jeppesen's involvement in renditions | Swedish Parliament's Standing Committee on the Constitution, in a report on the inquiry of the Swedish government's handling of Agiza's rendition, concluded that Swedish government actions violated Swedish immigration laws that prohibited the transfer of anyone from Sweden to a country where there is a substantial likelihood of his being subjected to torture. | Wigenmark decl., ER 497:21-498:4 |
| Public information about private companies/Jeppesen's involvement in renditions | Stephen Grey, *Missing presumed tortured*, New Statesman (Nov. 20, 2006) (commenting on Bashmilah's rendition and detention by U.S. government in Afghanistan and later in a "black site" prison). | Satterthwaite decl., ER 246:1-5 |

16

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the rendition and torture of these particular plaintiffs | Adam Siddiqui and Victoria Brittain, *Pinochet is gone, but his methods are still with us*, The Guardian (Dec. 13, 2006) (reporting on Bashmilah's experience in a U.S.-run "black site" prison). | Satterthwaite decl., ER 246:6-9 |
| Public information about the rendition and torture of these particular plaintiffs | *U.S. Challenged over 'Secret Jails,'* BBC News, (Aug. 4, 2005), available at http://news.bbc.co.uk/2/hi/americas/4743485.stm (Bashmilah detention). | Satterthwaite decl., ER 242:12-14 |
| Public information about the rendition and torture of these particular plaintiffs | David Mark, *U.S. Torturing Detainees in Secret Locations: Amnesty*, ABC Premium News, Aug. 4, 2005), available at http://www.abc.net.au/news/stories/2005/08/04/1429783.htm (Bashmilah detention). | Satterthwaite decl., ER 242:15-16 |

*APPENDIX*

*Mohammed v. Jeppesen,* 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the rendition and torture of these particular plaintiffs | Michelle Faul, *Report says U.S. Held Two Yemeni prisoners,* USA today, (Aug. 3, 2005), available at http://www.usatoday.com/news/world/2005-08-03-secret-detainees; *Two Yemeni Men Claim Secret Detention,* Fox News.com, Aug. 4, 2005, available at http://www.foxnews.com/story/0,122711 (Bashmilah detention). | Satterthwaite decl., ER 242:18-24 |
| Public information about the rendition and torture of these particular plaintiffs | Richard Norton-Taylor, *Detainees 'deprived of daylight,'* The Guardian, (Aug 4, 2005), available at http://www.guardian.co.uk/usastory/0,12271,1542082,00,html (Bashmilah detention). | Satterthwaite decl., ER 242:25-28 |

18

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the rendition and torture of these particular plaintiffs | Craig Whitlock, *Courted as Spies, Held as Combatants*, Wash. Post, Apr. 2, 2006 (reporting on British and American role in rendition and detention of Plaintiff Bisher Al-Rawi). | Watt decl., ER 292:16-21 |
| Public information about the rendition and torture of these particular plaintiffs | Stephen Grey, *Our Dirty Little Torture Secret*, Sunday Times (UK), Oct. 22, 2006 (discussing rendition of plaintiff Binyam Mohamed). | Watt decl., ER 293:8-10 |
| Public information about the rendition and torture of these particular plaintiffs | Tim Golden, *Guantanamo Terror Suspect Mocks Tribunal*, N.Y. Times, Apr. 7, 2006, at A18 (discussing Binyam Mohamed's account of rendition and torture in Morocco and Afghanistan). | Watt decl., ER 292:22-27 |

19

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| Type of Information | Description of Evidence | Record Cite |
|---|---|---|
| **Did Jeppesen know or should it have reasonably known flights & logistical support were being used for extraordinary rendition, which resulted in Plaintiffs being tortured? (Continued)** | | |
| Public information about the rendition and torture of these particular plaintiffs | Jerome Taylor, *CIA Sent Me to be Tortured in Afghan Prison, Says Algerian*, Independent (U.K.), July 8, 2006, at 32 (discussing Laid Saidi's account of rendition and torture, and noting that Ahmed Agiza and Muhammed al-Zery had described the use of an "almost identical procedure" in effecting their renditions). | Watt decl., ER 293:1-7 |
| Public information about the rendition and torture of these particular plaintiffs | Amnesty International report detailing Bashmilah's story and his detention at CIA "black site" facilities: *USA/Yemen: Secret Detention in CIA "Black Sites"* (Nov 8, 2005), available at http://web.amnesty.org/library/pdf/AMSS11772005ENGLI SH/$File/AMR5117705.pdf. | Satterthwaite decl., ER 243:3-9 |

20

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the rendition and torture of these particular plaintiffs | Josh White, *Prisoner Accounts Suggest Detention at Secret Facilities; Rights Group Draws Link to the CIA*, Wash. Post, Nov. 7, 2005. (Bashmilah detention). | Satterthwaite decl., ER 243:14-15 |
| Public information about the rendition and torture of these particular plaintiffs | Tito Drago, *Human Rights-U.S.: Exporting Torture*, IPS-Inter Press Service (Nov. 9, 2005). (Bashmilah detention). | Satterthwaite decl., ER 243:16-17 |
| Public information about the rendition and torture of these particular plaintiffs | Ian Cobain, *Seized, Held, Tortured: Six Tell Same Tale*, *The Guardian*, Dec. 6, 2005. (Bashmilah detention). | Satterthwaite decl., ER 243:18-23 |
| Public information about the rendition and torture of these particular plaintiffs | Anthony Shadid, *In Shift, Sweden Extradites Militants to Egypt*, Boston Globe, Dec. 31, 2001 (reporting on the extradition of plaintiff Ahmed Agiza and another Egyptian asylum seeker from Sweden to Egypt). | Watt decl., ER 289:23-27 |

21

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the rendition and torture of these particular plaintiffs | Craig Whitlock, *New Swedish Documents Illuminate CIA Action: Probe Finds 'Rendition' of Terror Suspects Illegal*, Wash. Post, May 21, 2005, at A1 (reporting on ten-month investigation into rendition of Plaintiff Agiza and another Egyptian asylum seeker, Mohamed El-Zery). | Watt decl., ER 279:10-16 |
| Public information about the rendition and torture of these particular plaintiffs | Human Rights Watch, *Empty Promises: Diplomatic Assurances No Safeguard Against Torture*, (Apr. 2004) (documenting specific rendition cases, including the rendition of Plaintiff Agiza, and discussing use and efficacy of "diplomatic assurances" in the process). | Watt decl., ER 275:5-9 |

22

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the rendition and torture of these particular plaintiffs | Scott Shane and Margo Williams, *Yemenis Freed After Transfer from Secret Prisons, Report Says*, N.Y. Times (Apr. 5, 2006), available at http://www.nytimes.com/2006/04/05/world/middleeast/05 detain.html. (Bashmilah detention). | Satterthwaite decl., ER 244:14-16. |
| Public information about the rendition and torture of these particular plaintiffs | United Nations Special Report on Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (March 21, 2006) (including a letter from the Yemeni government that Bashmilah had been transferred from the custody of the government of Yemen to the U.S. government). | Satterthwaite decl., ER 250:12-251:8 |
| Public information about the rendition and torture of these particular plaintiffs | Josh White, *3 U.S.-Detained Yemenis Freed, Rights Group Says*, Wash. Post, Apr. 6, 2006. (Bashmilah detention). | Satterthwaite decl., ER 244:17-20 |

23

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Richard Norton-Taylor, *Amnesty demands public inquiry on rendition flights*, The Guardian, Apr. 5, 2006. | Satterthwaite decl., ER 244:21-23 |
| Public information about the U.S. practice of rendition flights and torture generally | United Nations, *Report on Torture* (Jan. 5, 2007) (Jordan "has repeatedly been mentioned in relation to the practice by the United States of America of 'extraordinary renditions'"). | Satterthwaite decl., ER 251:9-252:4 |
| Public information about the U.S. practice of rendition flights and torture generally | United Nations, *Report of the Special Rapporteur on the Promotion and Protection of Human Rights and Fundamental Freedoms while Countering Terrorism, Addendum, Communications with Governments* (2005) (questioning detention procedures in Indonesia, Jordan, Yemen, and the U.S.). | Satterthwaite decl., ER 249:1-250:11 |

24

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Andrew Buncombe, *Revealed: The plight of prisoners caught up in the U.S. rendition*, The Independent, Apr. 5, 2006. | Satterthwaite decl., ER 244:24-27 |
| Public information about the U.S. practice of rendition flights and torture generally | Daniel Dombey and Demetri Sevastopulo, *Amnesty links rendition flights with torture*, Financial Times, Apr. 5, 2006. | Satterthwaite decl., ER 245:1-3 |
| Public information about the U.S. practice of rendition flights and torture generally | *CIA Exploited Aviation Practices to Unlawfully Transfer Detainees to Countries that Torture, According to New Amnesty Int'l Report*, P.R. Newswire, Apr. 4, 2006. | Satterthwaite decl., ER 245:4-7 |
| Public information about the U.S. practice of rendition flights and torture generally | *U.K.: Rendition report prompts probe calls*, United Press International, Apr. 5, 2006. | Satterthwaite decl., ER 245:8-9 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | *Amnesty Acts if CIA Held Yeminis in Djibouti, Afghanistan, and East Europe*, Agence France Presse, (Apr. 5, 2006). | Satterthwaite decl., ER 245:10-12 |
| Public information about the U.S. practice of rendition flights and torture generally | Ruadhán Mac Cormaic, *'Rendition' Aircraft used Irish Airports – Amnesty*, The Irish Times (Apr. 5, 2006). | Satterthwaite decl., ER 245:13-15 |
| Public information about the U.S. practice of rendition flights and torture generally | Jennifer Quinn, *'Black Site' prisons may have been in Eastern Europe; Yemeni detainees detail accounts of journeys that may have been secret CIA flights*, The Houston Chronicle (Apr. 5, 2006). | Satterthwaite decl., ER 245:16-20 |
| Public information about the U.S. practice of rendition flights and torture generally | *Yemeni rendition prisoners shed light on secret CIA incarceration*, Belfast Telegraph (Apr. 5, 2006). | Satterthwaite decl., ER 245:21-22 |

26

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | *Amnesty report probes CIA jails*, Aljazeera.net (Apr. 6, 2005). | Satterthwaite decl., ER 245:23-25 |
| Public information about the U.S. practice of rendition flights and torture generally | Nat Hentoff, *CIA Secret Prisons Exposed: The disappeared: Are they dead? Are they alive? Ask Congress. Ask the President.*, The Village Voice (May 7, 2006). | Satterthwaite decl., ER 245:25-246:2 |
| Public information about the U.S. practice of rendition flights and torture generally | Council of Parliamentary Assembly Committee on Legal Affairs and Human Rights (Rapporteur Dick Marty), *Alleged Secret Detentions and Unlawful Interstate Transfers Involving Council of Europe Member States* (June 12, 2006). | Satterthwaite decl., ER 246:3-16. |

27

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Paul Reynolds, *Rendition and the rights of the individual*, BBC News (June 7, 2006). | Satterthwaite decl., ER 246:22-23 |
| Public information about the U.S. practice of rendition flights and torture generally | *'Terror Flight' inquiry uncovers collusion*, The Times (London), (June 7, 2006). | Satterthwaite decl., ER 246:24-28 |
| Public information about the U.S. practice of rendition flights and torture generally | *European governments collaborated with US on renditions: Report*, Agence France Presse (June 6, 2006). | Satterthwaite decl., ER 247:1-2 |
| Public information about the U.S. practice of rendition flights and torture generally | *Denmark latest European government to duck rendition probe*, Malaysian Sun (Oct. 31, 2007). | Satterthwaite decl., ER 247:18-24 |

28

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| Type of Information | Description of Evidence | Record Cite |
|---|---|---|
| **Did Jeppesen know or should it have reasonably known flights & logistical support were being used for extraordinary rendition, which resulted in Plaintiffs being tortured?** (continued) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Sept. 26, 2006: President Bush publicly acknowledged the existence of the current rendition program and defended its utility. Confirming earlier media reports, President Bush announced: "Working with our allies, we've captured and detained thousands of terrorists and enemy fighters in Afghanistan, in Iraq, and other fronts of this war on terror." He also acknowledged that some of those captured had been "transferred to an environment where they can be held secretly, questioned by experts." He confirmed that "a small number of suspected terrorist leaders and operatives captured during the war have been held and questioned outside the United States, in a separate program operated by the CIA." See *President George W. Bush, President Discusses Creation of Military Commissions to Try Suspected Terrorists*, (Sept. 6, 2006), transcript | Watt decl., ER 257:9-258:23 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| | available at http://www.whitehouse.gov/news/releases/2006/09/print/2 0060906-3.html. | |
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | President's Press Conference, March 16, 2005: the President was asked why he "approved of and expanded the practice of what's called rendition, of transferring individuals out of U.S. custody to countries where human rights groups and . . . the State Department say is common for people under custody." He replied that in the "post-9/11 world, the United States must make sure we protect our people and our friends from attack . . . . And one way to do so is to arrest people and send them back to their country of origin with the promise they won't be tortured." | Watt decl., ER 258:24-259:9 |

30

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Condaleeza Rice statement: "In some situations, a terrorist suspect can be extradited according to traditional judicial procedures. But there have long been many other cases where, for some reason, the local government cannot detain or prosecute a suspect, and traditional extradition is not a good option. In those cases the local government can make a sovereign choice to cooperate in a rendition." (Dec. 2005). | Watt decl., ER 260:12-15 |
| Public information about the U.S. practice of rendition flights and torture generally | Press Briefing by Scott McClellan (Dec. 6, 2005) (acknowledging that U.S. has long engaged in renditions of terror suspects, but denying that those suspects were tortured). | Watt decl., ER 261:16-22 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Condaleeza Rice, *Remarks at Town Hall Meeting with University of Sydney Students* (Mar. 15, 2006) ("the practice of rendition is something that's been practiced way before September 11th when extradition isn't an option because sometimes you have to take people off the streets."). | Watt decl., ER 261:23-262:3 |
| Public information about the U.S. practice of rendition flights and torture generally | *Powell Raps Europe on CIA Flights*, BBC News, (Dec. 17, 2005). Former Secretary of State Colin Powell: "Well, most of our European friends cannot be shocked that this kind of thing takes place . . . . The fact that we have, over the years, had procedures in place that would deal with people who are responsible for terrorist activities, or suspected of terrorist activities, and so the thing that is called rendition is not something that is new or unknown to my European friends." | Watt decl., ER 262:4-14 |

32

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | White House Press Secretary Tony Snow: "rendition is not something that began with this administration, and it's certainly going to be practiced, I'm sure, in the future." *Press Gaggle by Tony Snow*, (Nov. 16, 2006), transcript available at http://whitehouse.gov/news/releases/2006/06/print/200606 07-2.html | Watt decl., ER 262:15-25 |

33

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Intelligence Policy and National Policy Coordination: Hearing of the National Commission on Terrorist Attacks Upon the United States, (Mar. 24, 2004) (statement by Christopher Kojm, Deputy Executive Director, National Commission on Terrorist Attacks Upon the United States, and former Deputy Assistant Secretary of State). Kojm acknowledges that the CIA liaises with foreign government intelligence agencies to effect renditions, stating that the CIA "plays an active role, sometimes calling on the support of other [government] agencies for logistical or transportation assistance" but remaining the "main player" in the process. | Watt decl., ER 263:12-264:2 |

34

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | George Tenet, Written Statement for the Record of the Director of Central Intelligence Before the Joint Inquiry Committee, (Oct. 17, 2002). "During the Millennium threat period . . . [o]ver a period of months, there was close, daily consultation that included Director Freeh, the National Security Adviser, and the Attorney General. We identified 36 additional terrorist agents at the time around the world. We pursued operations against them in 50 countries. Our disruption activities succeeded against 21 of these individuals, and included arrests, renditions, detentions, surveillance, and direct approaches." Tenet also elaborated upon a number of specific instances of CIA involvement in renditions. | Watt decl., ER 264:6-265:13 |

35

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | General Michael Hayden acknowledged the CIA flew rendition flights, albeit a fraction of the number alleged by the European Parliament investigation. He also discussed the genesis of the current program, noting that it began "with the capture of Abu Zubayadah in the spring of 2002." | Watt decl., ER 266:14-267:14 |
| Public information about the U.S. practice of rendition flights and torture generally | General Hayden on the use of torture: the techniques used by the CIA were "different from what is contained in the Army Field Manual" and methods in the manual "did not exhaust[] the universe of lawful interrogation techniques consistent with the Geneva Convention . . . ." | Watt decl., ER 267:15-268:21 |
| Public information about the U.S. practice of rendition flights and torture generally | General Hayden on Charlie Rose: acknowledging that the number of people who had been rendered by the CIA since 9/11 was in the double digits. | Watt decl., ER 268:22-269:15 |

36

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Gen. Hayden, in a Dec. 6, 2007 press conference, confirmed the existence of the rendition program and defended its legality. Transcript available at https://www.cia.gov/news-information/press-releases-statements/taping-of-early-detainee-interrogations.html. | Watt decl., ER 269:16-270:2 |
| Public information about the U.S. practice of rendition flights and torture generally | Interview with Michael Scheuer, a former CIA official, Chief of Bin Laden unit from 1996-1999, on PBS Frontline (Oct. 18, 2005) (transcript available online). Scheur noted that the "direction [from the politicians] was to find, apprehend and hold senior members of Al Qaeda and try to find out what they know about coming attacks against the United States . . . . [T]he U.S. government is willing to hold these people at various incarceration sites around the world." | Watt decl., ER 270:15-271:21 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Bills have been introduced in Congress to prevent renditions, including the *Convention Against Torture Implementation Act 2005*, S. 654, 109th Cong. (2005) (by Sen. Leahy), the *Torture Outsourcing Prevention Act*, H.R. 952, 109th Cong. (2005) (which featured a floor introduction by Representative Markey - transcript available online - discussing renditions) and *National Security With Justice Act of 2007*, S. 1876, 110th Cong., (2007) (by Senator Biden). | Watt decl., ER 273:1-22 |
| Public information about the U.S. practice of rendition flights and torture generally | In 2007, there were public hearings by three separate Senate committees on CIA detention and treatment of detainees, the use of European countries to facilitate the transfer and detention of terror suspects, and the rendition of a Canadian citizen, Maher Arar, from the United States to Syria in 2002. See ER for links to transcripts of | Watt decl., ER 273:23-274:17 |

38

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| | hearings. | |
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Congressional Research Service reports (2005 and 2007) detail the history of the rendition program, its current parameters, and the legal constraints on its use under domestic and international law. *Renditions and Constraints Imposed by Laws on Torture* (Oct. 12, 2007), available at http://www.fas.org/wgp/crs/natsec/RL32890.pdf. | Watt decl., ER 274:18-25 |
| Public information about the U.S. practice of rendition flights and torture generally | International Federation for Human Rights, *Morocco: Human Rights abuses in the fight Against Terrorism* (July 2004) (documenting widespread torture and other abuse of persons detained under Moroccan anti-terror laws, and renditions to Morocco). | Watt decl., ER 275:10-15 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Association of the Bar of the City of New York and Center for Human Rights and Global Justice, *Torture By Proxy: International and Domestic Law Applicable to "Extraordinary Renditions"* (2004, modified June 2006) (documenting U.S. involvement in numerous renditions). | Watt decl., ER 276:14-20 |
| Public information about the U.S. practice of rendition flights and torture generally | All Party Parliamentary Group (UK), *APPG Measures on Rendition* (Sept. 25, 2007) (explaining UK involvement in renditions by the United States, highlighting why current UK arrangements are inadequate to prevent future renditions, and proposing new measures). | Watt decl., ER 279:5-9. |

40

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Giles Tremlett, *Spanish Police Expose More CIA Links to Secret Flights of Detainees*, The Guardian (UK), Nov. 15, 2005, at 18 (reporting that Spanish police have traced up to 42 suspected CIA operatives believed to have taken part in secret flights carrying detained or kidnapped Islamic terror suspects to interrogation centers and jails in Afghanistan, Egypt, and elsewhere). | Watt decl., ER 279:17-23 |
| Public information about the U.S. practice of rendition flights and torture generally | Craig Whitlock, *Europeans Probe Secret CIA Flights: Questions Surround Possible Illegal Transfer of Terrorism Suspects*, Wash. Post, Nov. 17, 2005, at A22 (reporting that officials in Spain, Sweden, Norway, and European Parliament had opened formal inquiries or demanded answers from U.S. officials about CIA rendition flights within their respective jurisdictions). | Watt decl., ER 279:24-280:5 |

41

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Eric Decouty, *La France Enquete Sur Les Avions de la CIA*, Le Figaro (France), (Oct. 15, 2007) (reporting that Attorney General for Bobigny had opened criminal investigation into use of Bobigny airport by CIA for rendition flights). | Watt decl., ER 280:6-12 |
| Public information about the U.S. practice of rendition flights and torture generally | *German spy probe to include CIA "kidnap" flights*, Reuters (Mar. 10, 2006) (reporting on commencement of German parliamentary inquiry into alleged kidnapping of Khaled El-Masri by CIA). | Watt decl., ER 280:13-18 |
| Public information about the U.S. practice of rendition flights and torture generally | Mark Landler, *German Court Challenges CIA over Abduction*, N.Y. Times, Feb. 1, 2007, at A1 (reporting on issuance of arrest warrants for 13 members of "CIA abduction team" in Munich, Germany, in connection with rendition of Khaled El-Masri). | Watt decl., ER 289:18-24 |

42

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | John Goetz, Marcel Rosenbach, Holger Stark, *CIA Arrest Warrants Strain U.S.-German Ties*, Spiegel Online (Germany) (June 25, 2007) (discussing progress in German investigation and identification of CIA participation in rendition of Khaled El-Masri). | |
| Public information about the U.S. practice of rendition flights and torture generally | United Nations, Written Response of the United States of America to Questions Asked by the Committee Against Torture (2006) (United States admitted that renditions have taken place but claimed they would not take place in situations where detainees would be tortured). | Watt decl., ER 282:12-24 |

43

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | United Nations Committee Against Torture, *Consideration of Reports Submitted by States Parties Under Article 19 of Convention: Conclusions and Recommendations of the Committee Against Torture* (July 25, 2006) (expressing concern about "the occurrence of cases of extraterritorial torture of detainees," the failure of the United States to always "register persons detained in territories under its jurisdiction outside the United States," the establishment of secret detention facilities, U.S. involvement in enforced disappearances, U.S. refusal to uphold the CAT's requirement of *non-refoulement* outside the boundaries of the United States, and the use of diplomatic assurances" to justify sending detainees to countries where the United States knows there is nevertheless a high likelihood of torture). | Watt decl, ER 283:8-23 |

44

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Michael Isikoff, *Exclusive: Secret Memo - Sent to Be Tortured*, Newsweek (Aug 8, 2005) at 7 (quoting unnamed senior U.S. law-enforcement official who stated that "the memo reflects concerns among many agents and lawyers about 'rendition'"). | Watt decl., ER 286:17-22 |
| Public information about the U.S. practice of rendition flights and torture generally | Dana Priest, *Wrongful Imprisonment: Anatomy of a CIA Mistake*, Wash. Post, Dec. 4, 2005, at A1 (reporting that the Inspector General of the CIA is conducting an investigation of the rendition program and instances of mistakes that have been made in its implementation). | Watt decl., ER 286:23-27. For more articles along similar lines, see ER 287:1-21. |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Egypt openly acknowledged their role in cooperating with the U.S. rendition program. NBC interview: Tim Russert interviews Egyptian Prime Minister Ahmed Nazif (May 15, 2005). "I don't know the exact number, but I know that people have been sent there. The numbers have varied. Some have the number 60 or 70. But I think that it's important - you know, when you have Egyptians that have been arrested abroad, we seek to bring them back to the country. Now to say that we're bringing them back to torture them, I think is not a very accurate statement. We shouldn't be doing that. We're not doing that. But it happens sometimes . . . ." | Watt decl., ER 287:22-188:17 |

46

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED?** (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | The Human Rights Watch report, *Black Hole: The Fate of Islamists Rendered to Egypt* (May 2005) (noting that US was actively involved in the rendition process and basing the report on interviews with exiled activists, Egyptian lawyers, human rights groups, family members of current detainees, reviews of English and Arab press accounts - and identifying at least 63 people who have been rendered to and from Egypt since 1995). | Watt decl., ER 288:9-17 |
| Public information about the U.S. practice of rendition flights and torture generally | Alissa Rubin, *Pakistan Hands Over Man in Terror Probe*, L.A. Times, Oct. 28, 2001; Masood Anwar, *Mystery Man Handed Over to US Troops in Karachi*, The News International (Pakistan), Oct. 26, 2001 (reporting on the rendition of Jamil Qasim Saeed Mohammad from Pakistan in 2001 by US forces and the use of a Gulfstream aircraft registered as N379P in the process). | Watt decl., ER 289:8-15 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Anthony Shadid, *US Egypt Raids Caught Militants*, Boston Globe, Oct. 7, 2001, at A1 (discussing pre-9/11 rendition program in detail and suggesting that program may be employed by U.S. to fight terrorism going forward). | Watt decl., ER 289:3-7 |
| Public information about the U.S. practice of rendition flights and torture generally | Andrew Higgins & Christopher Cooper, *CIA-Backed Team Used Brutal Means to Crack Terror Cell: Albanian Agents Sent Egyptians Back to Cairo, Prisoners Allege They Were Tortured There*, Wall St. J., Nov. 21, 2001, at A1 (detailing pre-Sept. 11 rendition of suspected Islamic militant by the CIA from Croatia to detention and interrogation in Egypt). | Watt decl., ER 289:16-22. |

48

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693

Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Rajiv Chandrasekaran and Peter Finn, *U.S. Behind Secret Transfer of Terror Suspects*, Wash. Post, March 11, 2002 (reporting on rendition of Muhammad Saad Iqbal Madni from Indonesia to Egypt on board a Gulfstream V aircraft). | Watt decl., ER 290:1-6 |
| Public information about the U.S. practice of rendition flights and torture generally | Don Van Natta, Jr. & Souad Mekhennet, *German's Claim of Kidnapping Brings Investigation of U.S. Link*, N.Y. Times, Jan. 9, 2005, at 11 (offering comprehensive account of story of Khaled El-Masri, describing his rendition and the alleged involvement of the CIA). | Wat decl, ER 290:20-24 |

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED) | | |
| Public information about the U.S. practice of rendition flights and torture generally | Dana Priest & Barton Gellman, *U.S. Decries Abuse But Defends Interrogations: "Stress and Duress" Tactics Used on Terrorism Suspects Held in Secret Overseas Prisons*, Wash. Post, Dec. 26, 2002, at A1 (interviewing U.S. officials involved in renditions and quoting one official as saying: "We don't kick the [expletive] out of them. We send them to other countries so *they* can kick the [expletive] out of them."). | Watt decl., ER 290:7-14 |
| Public information about the U.S. practice of rendition flights and torture generally | Jane Mayer, *Outsourcing Torture*, The New Yorker (Feb. 14, 2005) (comprehensive accounting of rendition program from its initial inception through early 2005). | Watt decl. 290:25-291:2 |

50

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Michael Hirsch, Mark Hosenball, and John Barry, *Aboard Air CIA*, Newsweek (Feb. 28, 2005) (interviewing rendition victims and describing rendition program including the use of specific aircraft, including a Gulfstream V jet, registered N379P). | Watt decl., ER 291:4-8 |
| Public information about the U.S. practice of rendition flights and torture generally | Douglas Jehl & David Johnston, *Rule Change Lets CIA Freely Send Suspects Abroad to Jails*, N.Y. Times, Mar. 6, 2005, at 11 (explaining that current rendition program was authorized by President Bush six days after Sept. 11, 2001). | Watt decl., ER 291:8-13 |

51

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | CIA Flying Suspects to Torture?, 60 minutes (CBS Television Broadcast) (Mar. 6, 2005) (discussing rendition program and describing U.S. modus operandi: "masked men in an unmarked jet seize their target, cut off his clothes, put him in a blindfold and jumpsuit, tranquilize him, and fly him away"). | Watt decl., ER 291:14-20 |
| Public information about the U.S. practice of rendition flights and torture generally | Dana Priest, *CIA Holds Terror Suspects in Secret Prisons*, Washington Post, Nov. 2, 2005, at A1 (describing establishing of network of CIA-run "black site" detention facilities worldwide; explaining that prisoners held within cover system were divided into two tiers: (1) major terrorism suspects, held at black sites; and (2) prisoners with limited intelligence value, who are transferred to custody of foreign governments). | Watt decl., ER 291:21-292:2 |

52

*APPENDIX*

*Mohammed v. Jeppesen*, 08-15693
Public, non-secret information regarding Plaintiffs' claims

| TYPE OF INFORMATION | DESCRIPTION OF EVIDENCE | RECORD CITE |
|---|---|---|
| **DID JEPPESEN KNOW OR SHOULD IT HAVE REASONABLY KNOWN FLIGHTS & LOGISTICAL SUPPORT WERE BEING USED FOR EXTRAORDINARY RENDITION, WHICH RESULTED IN PLAINTIFFS BEING TORTURED? (CONTINUED)** | | |
| Public information about the U.S. practice of rendition flights and torture generally | Brian Ross & Richard Esposito, *Sources Tell ABC News Top Al Qaeda Figures Held in Secret CIA Prisons*, ABC News (Dec. 5, 2005) (reporting on the scramble to shut down secret prisons in Poland and Romania and move CIA rendition and detention operations to North Africa in advance of Secretary of State Rice's visit to Europe). | Watt decl., ER 292:9-15 |
| Public information about the U.S. practice of rendition flights and torture generally | Stephen Grey, *Kidnapped to Order*, aired on Channel 4 News (London U.K.) (June 11, 2007) (detailing harm caused by rendition program, and featuring interviews of witnesses and participants). | Watt decl., ER 293:11-16 |

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2010 Thomson Reuters/West.